KATHRYN J. FRITZ (CSB No. 148200)
kfritz@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
SARAH V. LIGHTSTONE (CSB No. 327865)
slightstone@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Plaintiff and Counter-Defendant
KIVA HEALTH BRANDS LLC

BRETT SCHUMAN (SBN 189247)
bschuman@goodwinlaw.com
JENNIFER BRIGGS FISHER (SBN 241321)
jfisher@goodwinlaw.com
JEREMY LATEINER (SBN 238472)
jlateiner@goodwinlaw.com
NICHOLAS COSTANZA (SBN 306749)
ncostanza@goodwinlaw.com
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant and Counterclaimant
KIVA BRANDS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KIVA HEALTH BRANDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>KIVA BRANDS INC.; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>KIVA BRANDS INC.,<br><br>Counterclaimant,<br><br>v.<br><br>KIVA HEALTH BRANDS LLC,<br><br>Counter-Defendant. | Case No.: 3:19-cv-03459-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: San Francisco Courthouse, Courtroom 6 - 17th Floor |

JOINT STIPULATION AND [PROPOSED]
AMENDED CASE MANAGEMENT
ORDER                                                                                   Case No.: 3:19-cv-03459-CRB

Plaintiff and Counter-Defendant Kiva Health Brands LLC and Defendant and Counterclaimant Kiva Brands Inc., hereby jointly submit this proposed revised case management order extending case management deadlines.  In the time since discovery opened on April 30, 2020, the parties have exchanged discovery responses, have recently supplemented discovery responses in response to Magistrate Judge Westmore's Order on discovery disputes, are working through additional discovery deficiency contentions, have taken one deposition, and intend to take additional depositions once paper discovery and document exchanges are substantially completed.  Given the ongoing COVID-19 health crisis, which continues to impact businesses, including those of Plaintiff and Defendant, and the ability to take depositions and conduct other discovery, the parties believe the requested extension is supported by good cause and will provide sufficient time within which to complete discovery.  Accordingly, the parties have agreed to revise the current schedule, subject to the Court's approval, as set forth below:

| Event | Original Date | Proposed New Date |
|---|---|---|
| Deadline for fact discovery | January 15, 2021 | March 26, 2021 |
| Last day to file motion to compel fact discovery | January 29, 2021 | April 9, 2021 |
| Opening expert disclosure deadline | February 19, 2021 | April 30, 2021 |
| Rebuttal expert disclosure deadline | March 19, 2021 | May 28, 2021 |
| Expert discovery deadline | May 21, 2021 | July 30, 2021 |
| Pretrial conference | July 1, 2021 | September 16, 2021 |
| First day of trial | July 19, 2021 | October 4, 2021 |

A declaration pursuant to Civil L.R. 6-2 accompanies this document.

| | | |
|---|---|---|
| 1 | Dated: November 10, 2020 | Respectfully submitted, |
| 2 | | By: /s/ Kathryn J. Fritz |
| 3 | | Kathryn J. Fritz |
| | | Armen N. Nercessian |
| 4 | | Matthew B. Becker |
| | | Sarah V. Lightstone |
| 5 | | |
| 6 | | Attorneys for Plaintiff/Counter-Defendant |
| | | KIVA HEALTH BRANDS LLC |
| 7 | | |
| 8 | | |
| 9 | Dated: November 10, 2020 | By: /s/ Brett Schuman |
| | | Brett Schuman |
| 10 | | Jennifer Briggs Fisher |
| | | Jeremy Lateiner |
| 11 | | Nicholas Costanza |
| 12 | | Attorneys for Defendant/Counterclaimant |
| | | KIVA BRANDS INC |

JOINT STIPULATION AND [PROPOSED]
AMENDED CASE MANAGEMENT
ORDER                           2                    Case No.: 3:19-cv-03459-CRB

FENWICK & WEST LLP
ATTORNEYS AT LAW

**ATTESTATION**

I, Kathryn J. Fritz, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT ORDER.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: November 10, 2020    By: */s/ Kathryn J. Fritz*
                                 Kathryn J. Fritz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 2, 2020

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

KATHRYN J. FRITZ (CSB No. 148200)
kfritz@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
SARAH V. LIGHTSTONE (CSB No. 327865)
slightstone@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Plaintiff and Counter-Defendant
KIVA HEALTH BRANDS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KIVA HEALTH BRANDS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>KIVA BRANDS INC.; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.: 3:19-cv-03459-CRB<br><br>**DECLARATION OF KATHRYN J. FRITZ IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: San Francisco Courthouse, Courtroom 6 - 17th Floor |
| KIVA BRANDS INC.,<br><br>  Counterclaimant,<br><br>  v.<br><br>KIVA HEALTH BRANDS LLC,<br><br>  Counter-Defendant. | |

DECL. OF KATHRYN J. FRITZ JOINT ISO STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT ORDER

Case No.: 3:19-cv-03459-CRB

I, Kathryn J. Fritz, declare that:

1. I am an attorney admitted to practice in the State of California and am a partner in the law firm of Fenwick & West LLP, counsel for Plaintiff and Counter-Defendant Kiva Health Brands LLC.

2. I make this declaration in support of the parties' Joint Stipulation And [Proposed] Amended Case Management Order, pursuant to Civil L.R. 6-2(a) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California.

3. The parties' original Case Management Schedule was approved by the Court on August 3, 2020 (Dkt. No. 83).

4. The parties have discussed and agreed to an extension of the case schedule, subject to Court approval, in light of the ongoing COVID-19 health crisis, which continues to impact businesses, including those of Plaintiff, and affects the ability of both parties to take depositions and conduct other discovery in this case. For these reasons, the parties believe the requested extension is warranted and will provide sufficient time within which to complete discovery.

5. The parties thus jointly submit this stipulation and proposed order extending the case schedule as follows:

| Event | Original Date | Proposed New Date |
| --- | --- | --- |
| Deadline for fact discovery | January 15, 2021 | March 26, 2021 |
| Last day to file motion to compel fact discovery | January 29, 2021 | April 9, 2021 |
| Opening expert disclosure deadline | February 19, 2021 | April 30, 2021 |
| Rebuttal expert disclosure deadline | March 19, 2021 | May 28, 2021 |
| Expert discovery deadline | May 21, 2021 | July 30, 2021 |
| Pretrial conference | July 1, 2021 | September 16, 2021 |
| First day of trial | July 19, 2021 | October 4, 2021 |

DECL. OF KATHRYN J. FRITZ JOINT ISO STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT ORDER

1

Case No.: 3:19-cv-03459-CRB

6. There is good cause for the Court to approve the stipulation for the reasons stated in Paragraph 4.

7. The case schedule has not previously been modified.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of November, 2020.

>/s/ Kathryn J. Fritz
> Kathryn J. Fritz
>
> Attorney for Plaintiff/Counter-Defendant
> KIVA HEALTH BRANDS LLC